STATE OF CONNECTICUT *v.* RICHARD WEBER

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Thomas Ullmann,* assistant public defender, in support of the petition.

*Steven M. Sellers,* assistant state's attorney, filed a response to the defendant's petition.

Decided October 3, 1991

STATE OF CONNECTICUT *v.* JOSE J. GONZALEZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 25 Conn. App. 433, is denied.

*Richard F. Jacobson,* assistant state's attorney, in support of the petition.

Decided October 3, 1991

ALAN S. GREEN *v.* ENSIGN-BICKFORD COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 479, is denied.

*James A. Wade* and *Linda L. Morkan,* in support of the petition.

*A. Paul Spinella,* in opposition.

Decided October 3, 1991

NANCY W. VICKERY *v.* HAROLD R. VICKERY

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 555, is denied.

*Allen Gary Palmer,* in support of the petition.

*Wilbur Ward Dinegar,* assistant attorney general, in opposition.

Decided October 3, 1991